UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CAL-CERT COMPANY, an Oregon Corporation, | Case No. 3:13-cv-01165-HZ |
| Plaintiff, | ORDER GRANTING PRELIMINARY INJUNCTION |
| v. | |
| BEHZAD REGIMAND and PATRICK YORIO, | |
| Defendants. | |

This matter has come before the court on plaintiff Cal-Cert Company's ("Cal-Cert") Motion for an Order to Show Cause Why a Preliminary Injunction Should not Issue against defendants Behzad Regimand ("Regimand") and Patrick Yorio ("Yorio"). It appearing from the declarations submitted in support of Cal-Cert's motion that immediate and irreparable injury, loss, and damage will result to Cal-Cert, and Regimand and Yorio having filed no appearance nor opposition herein,

IT IS HEREBY ORDERED THAT during the pendency of this matter:

1. Effective immediately and until otherwise ordered by this Court, Regimand and Yorio are hereby enjoined from using or disclosing information regarding Cal-Cert's business (the "Trade Secrets") including but not limited to:

    (1)    calibration services;

    (2)    manufacturing processes;

    (3)    products;

Page 1 – ORDER GRANTING PRELIMINARY INJUNCTION

(4) price lists;

(5) customer and prospective customer lists;

(6) vendor lists; and

(7) proprietary calibration spreadsheets created by Cal-Cert, which form a portion of the Cal-Cert quality system, including but not limited to the following:

    a. A quality manual;

    b. 22 quality procedures;

    c. 39 quality forms;

    d. 124 calibration procedures;

    e. 303 calibration forms; and

    f. Normative References (ISO/IEC, ASTM, AASHTO, etc.)

(all collectively referred to as the "Quality System", which is a subset of all of Cal-Cert's Trade Secrets)

2. In accordance with FRCP 65(d)(2), this Order is binding upon Regimand, Yorio and their officers, agents, servants, employees, and attorneys and other persons or entities who are in active concert or participation with Regimand and/or Yorio.

3. Cal-Cert has filed with this Court security in the amount of $1,000.00 in accordance with FRCP 65(c).

DATED this __13__ day of August, 2013.

                                              MARCO A. HERNANDEZ
                                              United States District Court Judge